BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP          BDFTW# 0000000001831890
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765

Attorney for WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF
WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB,
FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, ITS ASSIGNS AND/OR SUCCESSORS IN
INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-46448-EJ-13 |
| | § | |
| CARLITO CARANDANG DEGRACIA | § | |
| and TERESITA BITAS DEGRACIA, | § | |
| Debtor | § | CHAPTER 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE
NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO
BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT
TO BANKRUPTCY RULES 3017(a) AND 9007**

Comes now BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, pursuant to

Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files

this Notice of Appearance and Demand for Service of Papers as Counsel for WELLS FARGO

BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS

FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB,

FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, ITS ASSIGNS AND/OR

SUCCESSORS IN INTEREST, a secured creditor and party in interest in the captioned

proceedings.

Request is hereby made that all notices given or required to be given in this case and in

any cases consolidated herewith, and all papers served or required to be served in this case and

in any cases consolidated herewith, be given to and served upon the undersigned attorneys at

the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
(626) 915-5714

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seg. The undersigned firm will not accept service of process in any adversary case for WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

/s/ DARLENE C. VIGIL                07/08/2010
DARLENE C. VIGIL
CA NO. 223442
BARRETT DAFFIN FRAPPIER TREDER &
WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
Phone: (626) 915-5714, Fax: (972) 661-7726
E-mail:  NDCAECF@BDFGROUP.COM
ATTORNEY FOR SECURED CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on July 08, 2010, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attatched list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

BY:     /s/ DARLENE C. VIGIL_____     07/08/2010
        DARLENE C. VIGIL
        CA NO. 223442
        BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
        20955 PATHFINDER ROAD SUITE 300
        DIAMOND BAR, CA 91765
        Phone: (626) 915-5714, Fax: (972) 661-7726
        E-mail:  NDCAECF@BDFGROUP.COM
        ATTORNEY FOR SECURED CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS**
TERESITA BITAS DEGRACIA
100 FINCH COURT
HERCULES, CA 94547

CARLITO CARANDANG DEGRACIA
100 FINCH COURT
HERCULES, CA 94547

**DEBTOR'S ATTORNEY**
CORRINE BIELEJESKI
1 KAISER PLAZA #480
OAKLAND, CA 94612

**TRUSTEE**
MARTHA G. BRONITSKY
P.O. BOX 5004
HAYWARD, CA 94540