

```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE         The following constitutes
   One Kaiser Plaza, #480                  the order of the court. Signed December 11, 2015
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354
                                           _____
5  Attorneys for Debtors                   Charles Novack
6                                          U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 10-46448 CN |
|---|---|
| **CARLITO CARANDANG DeGRACIA and TERESITA BITAS DeGRACIA,** | Chapter 13 |
| Debtors. | **JUDGMENT VOIDING LIEN OF WELLS FARGO BANK, NA AKA WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO AND ITS SUCCESSORS IN INTEREST** |

On September 9, 2010, this court entered an ORDER VALUING LIEN OF WACHOVIA against certain property of Debtors for purposes of this chapter 13 case. That order was subject to being set aside until Debtors obtained a discharge in this chapter 13 case. Debtors having obtained discharge, the court now therefore enters the following judgment:

The second lien of Wells Fargo Bank, NA aka Wachovia Mortgage, a division of Wells Fargo and its successors in interest regarding the property commonly known as 100 Finch Court, Hercules, CA 94547, and

1  which was recorded in Contra Costa County on or about August 25, 2005
 2  as document 032242100, is hereby determined to be entirely,
 3  permanently, and for all purposes void and unenforceable.

                          *** END OF ORDER ***

COURT SERVICE LIST

"No physical service required"